THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION – COLUMBUS)

| | |
|---|---|
| VERONICA J. GECZI | : |
| Plaintiff, | : |
| | : Case No. 2:21-cv-02594 |
| vs. | : |
| | : Magistrate Judge Deavers |
| WALMART, INC. | : |
| Defendant. | : |

**JOINT NOTICE OF RESOLUTION OF MATTER AND MOTION TO VACATE**

Plaintiff Veronica J. Geczi and Defendant Walmart, Inc. ("the Parties"), through counsel, notify the Court that the Parties have amicably reached a resolution of all claims. The Parties are working on finalizing agreements and intend to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. The Parties respectfully request that the Court vacate all remaining deadlines and hearings as the Parties work to administratively conclude the matter to avoid incurring additional fees.

Agreed to, and respectfully submitted this 9th day of June, 2022.

| | |
|---|---|
| */s/ Michael W. DeWitt* (with permission) | /s/ Hayley L. Geiler |
| Michael W. DeWitt | Allison L. Goico (OH 0088777) |
| DeWitt Law LLC | Hayley L. Geiler (OH 0097072) |
| 4200 Regent Street, Suite 200 | Dinsmore & Shohl LLP |
| Columbus, Ohio 43219 | 255 East Fifth Street, Suite 1900 |
| mdweitt@dewittlawco.com | Cincinnati, Ohio  45202 |
| Phone: (614) 398-2886 | Phone: (513) 977-8200; Fax:  (513) 977-8141 |
| Fax: (614) 750-1379 | Allison.goico@dinsmore.com |
| | Hayley.geiler@dinsmore.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant Walmart, Inc.* |

**CERTIFICATE OF SERVICE**

      I certify that a correct copy of this document was served by CM/ECF on this 9th day of June, 2022 on all counsel or parties of record:

    Michael W. DeWitt
    DeWitt Law LLC
    4200 Regent Street, Suite 200
    Columbus, Ohio 43219
    mdweitt@dewittlawco.com

                                              /s/ Hayley L. Geiler